In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00283-CV


____________________



K. ERIC BAGWELL, Appellant



V.



SUSAN SMITH, Appellee






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 48,488






MEMORANDUM OPINION


 On July 21, 2009, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal. Appellant did not respond to the notice
and the filing fee has not been paid. K. Eric Bagwell has not filed an affidavit of indigence
and has not asserted that he cannot afford to pay the filing fee. There being no satisfactory
explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for
want of prosecution. See Tex. R. App. P. 42.3.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered August 27, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.